# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DONNA KILGALLON, | : | No. 469 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| THE VILLAGE AT PALMERTON | : | |
| ASSISTED LIVING AND LAUNDRY | : | |
| OWNERS MUTUAL LIABILITY | : | |
| INSURANCE ASSOCIATION OF | : | |
| PENNSYLVANIA (WORKERS' | : | |
| COMPENSATION APPEAL BOARD), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.